UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GULFSTREAM NATURAL GAS SYSTEM, L.L.C.,**

    **Plaintiff,**

v.                                  Case No.  8:03-cv-2626-T-30EAJ

**241.37 ACRES OF PROPERTY (MORE OR LESS) LOCATED IN HARDEE AND POLK COUNTIES,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Mediation Report (Dkt. #131) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 4, 2005.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2003\03-cv-2626.dismissal.wpd